IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **John Deere Construction & Forestry Company, John Deere Financial, f.s.b.,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **25-cv-** |
| v. | ) ) | |
| **McCartey Timber, LLC, Michael Stacey McCartey,** | ) ) ) | |
| **Defendants.** | ) ) | |

## COMPLAINT

For its Complaint against Defendants McCartey Timber, LLC and Michael Stacey McCartey, Plaintiffs John Deere Construction & Forestry Company, John Deere Financial, f.s.b. states as follows:

## PARTIES

1. Plaintiff John Deere Construction & Forestry Company is a corporation with its principal place of business in Illinois and incorporated under the laws of Delaware and lawfully conducts business in Alabama.

2. Plaintiff Plaintiff John Deere Financial, f.s.b. is a federally charted savings bank whose main office is in Wisconsin and lawfully conducts business in Alabama.

3. Defendants McCartey Timber, LLC ("McCartey Timber") is a limited liability company whose sole member is an individual domiciled in Butler County, Alabama.

4. Defendant Michael Stacey McCartey ("McCartey") is an individual over the age of nineteen who is domiciled in Butler County, Alabama.

## JURISDICTION & VENUE

5. This Court has jurisdiction over this action under 28 U.S.C. § 1332 because the parties are completely diverse and the amount in controversy exceeds $75,000.00 because Defendants owe John Deere Construction & Forestry Company in excess of $75,000.00 and this Court has supplemental jurisdiction over John Deere Financial, f.s.b.'s claim.

6. Venue is proper under 28 U.S.C. § 1391(b) because McCartey resides and a substantial part of the events or omissions giving rise to Deere's claims occurred in this District.

## COUNT ONE
### Breach of Contract—Account No. 4597
### (Against All Defendants)

7. On January 2, 2024, McCartey Timber and McCartey entered into a Loan Contract – Security Agreement (the "4597 Contract") with John Deere Construction & Forestry Company to finance the purchase of John Deere equipment. A true and correct copy of the Contract is attached hereto as Exhibit 1.

8.      Deere has performed all of the obligations required of it under the 4597 Contract.

9.      McCartey Timber and McCartey have not performed all of their obligations under the 4597 Contract and have defaulted due to non-payment.

10.     McCartey Timber and McCartey's failure and/or refusal pay the amounts owed is a breach of the 4597 Contract.

11.     Deere has incurred damages, including diminished value, attorneys' fees, litigation expenses, and collection costs.

12.     All conditions precedent to brining this action are satisfied.

13.     As a proximate result thereof, Deere was harmed.

WHEREFORE, with John Deere Construction & Forestry Company demands judgment against McCartey Timber, LLC and Michael Stacey McCartey, jointly and severally, for compensatory damages, including but not limited to the amount owed under the terms of the contract, which will fairly and adequately compensate with John Deere Construction & Forestry Company for the above described damages, together with interest from the date of the breach, collection expenses, attorneys' fees, the costs of this action, as well as other, further, and different relief as this Court deems necessary and proper.

## COUNT TWO
### Breach of Contract—Account No. 0868

14. Deere hereby adopts and incorporates all prior factual allegations.

15. On January 10, 2022, McCartey Timber and McCartey entered into a PowerPlan Credit Agreement (the "0868 Contract") with John Deere Financial, f.s.b. to finance purchases. A true and correct copy of the 0868 Contract is attached hereto as Exhibit 2.

16. McCartey Timber and McCartey have not performed all of their obligations under the 0868 Contract and have defaulted due to non-payment.

17. McCartey Timber and McCartey's failure and/or refusal pay the amounts owed is a breach of the 0868 Contract.

18. Deere has incurred damages, including diminished value, attorneys' fees, litigation expenses, and collection costs.

19. All conditions precedent to brining this action are satisfied.

20. As a proximate result thereof, Deere was harmed.

WHEREFORE, John Deere Financial, f.s.b. demands judgment against McCartey Timber, LLC and Michael Stacey McCartey, jointly and severally, for compensatory damages, including but not limited to the amount owed under the terms of the contract, which will fairly and adequately compensate John Deere Financial, f.s.b. for the above described damages, together with interest from the

date of the breach, collection expenses, attorneys' fees, the costs of this action, as well as other, further, and different relief as this Court deems necessary and proper.

/s/ T. Dylan Reeves
T. Dylan Reeves
Attorney For John Deere Construction & Forestry Company, John Deere Financial, f.s.b.

**OF COUNSEL:**
MCGLINCHEY STAFFORD
505 North 20th Street, Suite 800
Birmingham, AL 35203
(205) 725-6400 (telephone)
(615) 296-4716 (facsimile)
dreeves@mcglinchey.com